UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| SWISS REINSURANCE AMERICA CORPORATION, A New York corporation, <br><br> Plaintiff, <br><br> v. <br><br> THE PHINEAS CORPORATION, A Florida Corporation, <br><br> Defendant. | Case No. 03-22921 CIV-ALTONAGA <br> Magistrate Bandstra <br> (Pending in the Southern District of Florida) <br><br> Multi-District Business No. _____ |

## AFFIDAVIT OF MARK SAVAGE

I, Mark Savage, upon oath, depose and say as follows:

1. I am currently Executive Portfolio Underwriter for Liberty Mutual Insurance Company ("Liberty").

2. I have personal knowledge of the matters set forth in this affidavit.

3. In my capacity as Executive Portfolio Underwriter for Liberty, I make decisions regarding the issuance of workers' compensation policies and the need for security in order to secure deductible and retrospective premium obligations related to such policies.

4. In May 1999, Employers Insurance Company of Wausau ("Wausau"), which is now a subsidiary of Liberty Mutual Group, Inc., issued a workers' compensation policy to The Phineas Corporation ("Phineas"). In connection with that policy, Wausau, and later Liberty, required Phineas to post certain security. Accordingly, in partial satisfaction of its security obligations, Phineas and Amwest Surety Insurance Company

2

("Amwest") entered into a Collateral Agreement Bond (the "Bond") for the benefit of Wausau in the amount of $225,000.

5. Upon information and belief, Amwest was declared insolvent in 2001. Liberty has informed Phineas that Phineas must replace the Bond with alternative security.

Signed under the pains and penalties of perjury this 21st day of July, 2004.

_____
Mark Savage

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail/hand/facsimile on:
7/22/04  Zarahme Shanahan

2